Stephanie L. Silvano (NJ #168182016)
**GIBSON, DUNN & CRUTCHER LLP**
200 Park Avenue
New York, NY 10166
Tel.:  212.351.4000
Fax:  212.351.4035
ssilvano@gibsondunn.com

*Attorney for Defendant BetMGM, LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANTHONY GRIPPA,<br><br>        Plaintiff,<br><br>   v.<br><br>BETMGM, LLC,<br><br>        Defendant. | Civil Action No.<br>2:23-cv-00468-JXN-CLW |

## CORPORATE DISCLOSURE STATEMENT OF BETMGM, LLC

   Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), BetMGM, LLC, by and through its undersigned counsel, hereby states that BetMGM, LLC is owned 50% by GVC Holdings (USA) Inc. and 50% by MGM Sports & Interactive Gaming, LLC. Entain Holdings (UK) Limited owns 100% of GVC Holdings (USA) Inc., and Entain plc owns 100% of Entain Holdings (UK) Limited.  MGM Resorts International owns 100% of MGM Sports & Interactive Gaming, LLC.  Entain plc and MGM Resorts International are both publicly traded corporations.

- 2 -

                                            Respectfully Submitted,

Date:  February 15, 2023              GIBSON, DUNN & CRUTCHER LLP

                                            By:  */s/ Stephanie L. Silvano*
                                                      STEPHANIE L. SILVANO

                                          *Attorney for Defendant BetMGM, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2023, I electronically filed the attached Corporate Disclosure Statement of BetMGM, LLC by using the Court's CM/ECF system, and accordingly served all parties who receive notice of the filing via the Court's CM/ECF system.

*/s/ Stephanie L. Silvano*
STEPHANIE L. SILVANO
