**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY  10166-0193
Tel 212.351.4000
www.gibsondunn.com

Stephanie L. Silvano
Direct: +1 212.351.2680
SSilvano@gibsondunn.com

March 15, 2023

VIA CM/ECF

The Honorable Cathy L. Waldor
United States District Court for the District of New Jersey
Martin Luther King Building and United States Courthouse
50 Walnut Street
Newark, NJ 07102

Re:    *Ringling v. BetMGM, LLC*, No. 2:22-cv-07462-JXN-CLW
       *Bei v. BetMGM, LLC*, No. 2:23-cv-00328-JXN-CLW
       *Murphy v. BetMGM, LLC*, No. 2:23-cv-00360-JXN-CLW
       *Grippa v. BetMGM, LLC*, No. 2:23-cv-00468-JXN-CLW

Dear Magistrate Judge Waldor:

This firm represents Defendant BetMGM, LLC in the above-referenced cases.  We write, with the consent of plaintiffs' counsel, to request that the time for BetMGM, LLC to respond to the complaint in each case be extended by an additional 14 days.

As reported in our last correspondence dated February 15, 2023, counsel for all parties are in active discussions regarding a proposal to coordinate the litigation of these cases.  The requested additional 14-day extension in each case will give the parties sufficient time to complete their discussions and present a joint proposal for the Court's consideration, with the goal of promoting the efficient management of these related cases.

If the requested extensions meet with Your Honor's approval, we respectfully request that the Court "So Order" this letter to the case dockets in the space provided below.

Respectfully Submitted,

*/s/ Stephanie L. Silvano*
Stephanie L. Silvano

cc:  All Counsel of Record (via ECF)

\* \* \*

It is **SO ORDERED** on this _____ day of _____, 2023.

_____
Hon. Cathy L. Waldor
United States Magistrate Judge

Abu Dhabi · Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles
Munich · New York · Orange County · Palo Alto · Paris · San Francisco · Singapore · Washington, D.C.