IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: BETMGM DATA BREACH LITIGATION | Civil Action No. 2:22-cv-07462-JXN-CLW <br><br> THIS DOCUMENT APPLIES TO ALL ACTIONS: <br><br> Civil Action No. 22-7462-JXN-CLW <br> Civil Action No. 23-328-JXN-CLW <br> Civil Action No. 23-360-JXN-CLW <br> Civil Action No. 23-468-JXN-CLW |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this consolidated action (including all actions consolidated hereunder) and all individual claims are hereby dismissed with prejudice and all class claims are dismissed without prejudice as no class was certified.

Respectfully submitted,

DATED: June 10, 2025

DANN LAW FIRM

By: /s/ Javier Luis Merino
Javier Luis Merino

**So ORDERED on 6/16/2025:**

Javier Luis Merino (NJ #078112014)
DANN LAW FIRM
825 Georges Road, 2nd Floor
North Brunswick, NJ 08902
Tel.:      201.355.3440

_____
JULIEN XAVIER NEALS
United States District Judge

Fax:    216.373.0536
jmerino@dannlaw.com

*Attorneys for Plaintiffs Holly Ringling, Shen Bei, Meredith Murphy, Scott Madlinger, Anthony Grippa*

DATED: June 10, 2025

GIBSON, DUNN & CRUTCHER LLP

By: /s/ Seton H. O'Brien
    SETON H. O'BRIEN

Seton H. O'Brien (NJ #247732017)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Tel.:    212.351.4000
Fax:    212.351.4035
sobrien@gibsondunn.com

*Attorneys for Defendant BetMGM, LLC*